Form sumprtrl (01/10)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

| | | |
|---|---|---|
| **In Re:** Vincent L Abell | Case No.: | 13–13847 |
| Debtor(s) | Chapter: | 11 |
| | Adversary No.: | 14–00417 |
| **Plaintiff(s)** Roger Schlossberg, Trustee | Judge: | Paul Mannes |

VS.

Defendant(s)
Vincent L Abell

| | | | |
|---|---|---|---|
| Marta Bertola, | Columbia Security, LLC | 277 Newcomb Street, LLC | 2926 Partnership |
| James Esten Abell, | Modern Management Company | 2925 26th Street Builders LLC | Parkview Towers, LLC |
| Asset Lending Corporation | | | Mt. Airy Apartments, LLC |
| Fela Bertola, | Employee Benefit Trust | 3514 13th Street, LLC | Mt. Zion Village Partnership |
| Alexandra Abell, | North American Title Company | 3750 Bel Pre Road Builders, LLC | Caniss Construction, Inc. |
| Christian Abell | | | Cristino Gonzalez |
| Bronte Abell, | 219 Atlantic Street, LLC | 5118 Hanna LLC | Maria Antonopoulos |
| Vincent Leo Abell, Jr. | 107 47th Street Builders, LLC | 6014 Prince George Street LLC | Abell Family Partnership |
| Phoenix Real Estate, LLC | | | Chang Wook Chon |
| The Phoenix Real Estate 2, LLC, | 1828 18th Street, LLC | Alabama Builders LLC | Adebowale Adeleke |
| American Security, LLC, | 2103 Suitland Terrace LLC | 1311 T LLC | Fusion Contractors |
| American Trust, LLC | | | AG and Son Maintenance Services, LLC |
| | | | Maria Maya |
| | | | Sun Valley Builders, LLC |

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

       Jean Evelyn Lewis
       Kramon & Graham, P.A.
       One South Street
       Suite 2600
       Baltimore, MD 21202

either a motion or an answer to the complaint which is now served upon you.

    If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

    The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

    YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS

Jul 22, 2014
/s/ Mark A. Neal
Clerk of the
Bankruptcy Court

COMPLAINT HAS BEEN SET FOR:

    9/16/14 at 10:00 AM

    6500 Cherrywood Lane, Courtroom 3–D, Greenbelt, MD 20770

Dated: 7/22/14

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Gloria Bellman
    301–344–8031



Jul 22, 2014
s/ Mark A. Neal
Clerk of the
Bankruptcy Court