_____                    _____RETAIN

**Paul Mannes , U. S. BANKRUPTCY JUDGE**                 Evidentiary Hrg: Y (N)
                                                          Exhibits Filed: Y (N)

PROCEEDING MEMO - ADVERSARY PROCEEDING

*Pretrial Conf.*                                Date: 09/16/2014 Time: 10:00

**CASE: 14-00417 Schlossberg, Trustee v. Abell et al**

Related: 13-13847 Vincent L Abell                    *McGill —*

Catherine Mary Manofsky and David J. Shuster and Jean Evelyn Lewis representing Roger Schlossberg, Trustee (Plaintiff)

Philip James McNutt representing Vincent L Abell (Defendant)

✓ James R. Schraf representing Marta Bertola (Defendant)

John Thomas Szymkowicz and Robert Norman Levin representing James Esten Abell (Defendant)

John Thomas Szymkowicz representing Asset Lending Corporation (Defendant)

✓ James Greenan representing Fela Bertola (Defendant)

James Greenan representing Alexandra Abell (Defendant)

James Greenan representing Christian Abell (Defendant)

James Greenan representing Bronte Abell (Defendant)

PRO SE Vincent Leo Abell Jr. (Defendant)

Philip James McNutt representing Phoenix Real Estate, LLC (Defendant)

James R. Schraf representing The Phoenix Real Estate 2, LLC (Defendant)

John Thomas Szymkowicz representing American Security, LLC (Defendant)

James Greenan representing American Trust, LLC (Defendant)

James R. Schraf representing Columbia Security, LLC (Defendant)

James R. Schraf representing Modern Management Company Employee Benefit Trust (Defendant)

PRO SE North American Title Company (Defendant)

PRO SE 219 Atlantic Street, LLC (Defendant)

Philip James McNutt representing 107 47th Street Builders, LLC (Defendant)

✓ Philip James McNutt representing 1828 18th Street, LLC (Defendant)

Philip James McNutt representing 2103 Suitland Terrace LLC (Defendant)

Philip James McNutt representing 277 Newcomb Street, LLC (Defendant)

Philip James McNutt representing 2925 26th Street Builders LLC (Defendant)

Philip James McNutt representing 3514 13th Street, LLC (Defendant)

Philip James McNutt representing 3750 Bel Pre Road Builders, LLC (Defendant)

Philip James McNutt representing 5118 Hanna LLC (Defendant)

*Respond — M/Dms*
*10 - #6 20*
*11 - - 03 reply*

*12-18*
*to room*

Philip James McNutt representing 6014 Prince George Street LLC (Defendant)

Philip James McNutt representing Alabama Builders LLC (Defendant)

Philip James McNutt representing 1311 T LLC (Defendant)

Philip James McNutt representing 2926 Partnership (Defendant)

John Thomas Szymkowicz representing Parkview Towers, LLC (Defendant)

John Thomas Szymkowicz representing Mt. Airy Apartments, LLC (Defendant)

John Thomas Szymkowicz representing Mt. Zion Village Partnership (Defendant)

Kevin M. Tabe representing Caniss Construction, Inc. (Defendant)

Kevin M. Tabe representing Cristino Gonzalez (Defendant)

James Greenan representing Maria Antonopoulos (Defendant)

John Thomas Szymkowicz representing Abell Family Partnership (Defendant)

PRO SE Chang Wook Chon (Defendant)

PRO SE Adebowale Adeleke (Defendant)

PRO SE Fusion Contractors (Defendant)

PRO SE AG and Son Maintenance Services, LLC (Defendant)

PRO SE Maria Maya (Defendant)

PRO SE Sun Valley Builders, LLC (Defendant)

Philip James McNutt representing Modern Management Company (Defendant)

(no aty) Suntrust Bank (Defendant)

James Greenan representing John Doe (Defendant)

James R. Schraf representing Phoenix Real Estate 2, LLC Employee Benefit Trust (Defendant)

[1] Adversary case 14-00417. 41 (Objection / revocation of discharge - 727(c),(d),(e)),11 (Recovery of money/property - 542 turnover of property),13 (Recovery of money/property - 548 fraudulent transfer),21 (Validity, priority or extent of lien or other interest in property), 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Complaint by Jean Evelyn Lewis, David J. Shuster, Catherine Mary Manofsky on behalf of Roger Schlossberg, Trustee against Vincent L Abell, Marta Bertola, James Esten Abell, Asset Lending Corporation, Fela Bertola, Alexandra Abell, Christian Abell, Bronte Abell, Vincent Leo Abell Jr., Phoenix Real Estate, LLC, The Phoenix Real Estate 2, LLC, American Security, LLC, American Trust, LLC, Columbia Security, LLC, Modern Management Company Employee Benefit Trust, North American Title Company, 219 Atlantic Street, LLC, 107 47th Street Builders, LLC, 1828 18th Street, LLC, 2103 Suitland Terrace LLC, 277 Newcomb Street, LLC, 2925 26th Street Builders LLC, 3514 13th Street, LLC, 3750 Bel Pre Road Builders, LLC, 5118 Hanna LLC, 6014 Prince George Street LLC, Alabama Builders LLC, 1311 T LLC, 2926 Partnership, Parkview Towers, LLC, Mt. Airy Apartments, LLC, Mt. Zion Village Partnership, Caniss Construction, Inc., Cristino Gonzalez, Maria Antonopoulos, Abell Family Partnership, Chang Wook Chon, Adebowale Adeleke, Fusion Contractors,

```
        AG and Son Maintenance Services, LLC, Maria Maya,
        Sun Valley Builders, LLC. Fee Amount $350.
        (Attachments: #s1 Exhibit 1)
```

**FILED BY** : Roger Schlossberg, Trustee BY J Lewis D Shuster C Manofsky

```
        [7] Amended Complaint First Amended Complaint by Catherine
        Mary Manofsky on behalf of Roger Schlossberg, Trustee
        against all defendants. (related document(s) 2
        Exhibit 1)
```

**FILED BY** : Roger Schlossberg, Trustee BY J Lewis D Shuster C Manofsky

```
        [12] Answer to Complaint Filed by James Esten Abell,
        Abell Family Partnership, American Security, LLC,
        Asset Lending Corporation, Mt. Airy Apartments,
        LLC, Mt. Zion Village Partnership, Parkview Towers,
        LLC.
```

**FILED BY** : James Abell Abell Family Partnership American Security, LLC Asset Lending Corporation Mt. Airy Apartments, LLC Mt. Zion Village Partnership Parkview Towers, LLC BY J Szymkowicz J Szymkowicz J Szymkowicz J Szymkowicz J Szymkowicz J Szymkowicz J Szymkowicz R Levin

SCHEDULE:

```
    1.Discovery cutoff:_____   6.Pretrial memos/exhibits:_____
    2.Dispositive motions:_____   7.Trial times est:_____days____hrs
    3.Status report due:_____   8.Trial date:_____ time:_____
    4.Motions hrg. date:_____   9.Expert witness &Rpts:_____
    5.Final pretrial hrg:_____   10.Reissue Summons:_____
```

DISPOSITION:

   Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

   Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

   _____Judgment for Plaintiff(s)_____

   _____Judgment for Defendant(s)_____

   _____Consent                    _____ Withdrawn/ Dismissed/ Deny

   Amount: $ _____         for want of Prosecution

                                    _____ Day Settlement Order

   _____Decision Reserved          _____ Moot

   _____Default / No Response      _____ Soldiers and Sailors Affidavit Due

   _____Show Cause Order           _____ Other:_____

   Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel    [ ] Court
        [ ] defendant's counsel    [ ] Other _____

NOTES: