

PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| VINCENT L. ABELL | * | Case No. 13-13847-PM<br>Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| ROGER SCHLOSSBERG,<br>Chapter 7 Trustee | * | |
| | * | Adv. Proc. No. 14-00417 |
| Plaintiff, | * | |
| v. | | |
| | * | |
| VINCENT L. ABELL, et al. | | |
| | * | |
| Defendants. | | |
| | * | |

* * * * * * * * * * * * *

### ORDER ESTABLISHING SCHEDULE
### FOR BRIEFING AND HEARING ON PRELIMINARY MOTIONS

Based on the information provided by the parties at the Pretrial Conference held on

September 16, 2014, including the fact that multiple defendant groups have filed motions to

14153/0/01669179.DOCXv1

dismiss and motions to strike portions of the Amended Complaint ("the Preliminary Motions") filed by Roger Schlossberg, the Chapter 7 Trustee in this matter ("the Trustee"), it is hereby ordered that,

1. The Trustee's response to the Preliminary Motions is due October 20, 2014;

2. Any reply to the Trustee's response is due November 3, 2014;

3. A hearing on the Preliminary Motions is scheduled for December 18, 2014, at 10:00 a.m.; and

4. Upon disposition of the Preliminary Motions, the Court will enter a Scheduling Order addressing further deadlines.

Cc:

Roger Schlossberg
134 W. Washington Street
P.O. Box 4227
Hagerstown, MD 21741

David J. Shuster, Esq.
Jean Evelyn Lewis, Esq.
Catherine Mary Manofsky, Esq.
Kramon and Graham
One South Street, Suite 2600
Baltimore, MD 21202-3201

Kevin M. Tabe, Esq.
Tabe and Associates, PC
7676 New Hampshire Ave., Suite 307C
Takoma Park, MD 20912

Philip James McNutt, Esq.
Hughes & Bentzen, PLLC
1100 Connecticut Avenue, N.W., Ste. 340
Washington, DC 20036

James Greenan, Esq.
Leah V. Lerman, Esq.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

James R. Schraf, Esquire
Yumkas, Vidmar & Sweeney, LLC
10211 Wincopin Circle, Suite 500
Columbia, MD 21044

John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
2300 N Street, N.W., Suite 5310
Washington, DC 20037-2211

**End of Order**